UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
NILDA IVELISSE ALMEDA RODRIGUEZ

CASE NO. 24-02054-ESL

CHAPTER 13

DEBTOR (S)

Trustee's Position
Regarding Debtor Motion Requesting Order Re: Authorization to Use Funds from 2025
Tax Refund

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Trustee has no opposition to:
Debtor Motion Requesting Order Re: Authorization to Use Funds from 2025 Tax Refund.(Docket # 35 ).

WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Tuesday, April 28, 2026.

/s/ Alexandra Rodriguez -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550